UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

STEVEN A. ODOM,

    Petitioner,

v.

    CASE NO. 2:20-CV-12180
    HONORABLE ARTHUR J. TARNOW
    UNITED STATES DISTRICT JUDGE

BRYAN MORRISON,

    Respondent.
_____/

## OPINION AND ORDER DIRECTING RESPONDENT TO FILE AN ANSWER TO THE MOTION FOR BOND AND THE MOTION FOR IMMEDIATE CONSIDERATION OF THE EMERGENCY MOTION FOR BOND (ECF Nos. 7, 11).

Petitioner filed a petition for a writ of habeas corpus, challenging his state convictions. Respondent has yet to file an answer, although ordered to do so. Pending before the Court are petitioner's two motions for bond.

In order to receive bond pending a decision on the merits of a habeas corpus petition, a petitioner must show a substantial claim of law based on the facts and exceptional circumstances justifying special treatment in the interest of justice. *Lee v. Jabe*, 989 F.2d 869, 871 (6th Cir. 1993)(quoting *Dotson v. Clark*, 900 F.2d 77, 79 (6th Cir. 1990)); *see also Nash v. Eberlin*, 437 F.3d 519, 526, n. 10 (6th Cir. 2006). There will be few occasions where a habeas petitioner meets this standard. *Dotson*, 900 F.2d at 79. Federal

1

courts may grant bail when granting the writ. *See Sizemore v. District Court,* 735 F.2d 204, 208 (6th Cir. 1984). By implication, a federal court should not grant bail under other circumstances.

Petitioner argues that he has demonstrated a substantial claim of law, and that the Covid-19 pandemic, and his age and health issues justify his release on bond. Respondent has not responded to petitioner's motion. The Court will direct Respondent to respond.

Based on the foregoing, respondent is ordered to respond to petitioner's bond motions by March 1, 2021.

                                            s/Arthur J. Tarnow
                                            ARTHUR J. TARNOW
                                            UNITED STATES DISTRICT JUDGE

Dated: February 22, 2021